MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Matthew.McCarthy@usdoj.gov
    Frank.Riebli@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> MARTIN BUCIO-AYALA, <br> ARNOLDO MADRIGAL-ROSALES, <br>     a/k/a Nonin Rosales, a/k/a Noni, <br>     Defendants. | CASE NO. CR 13-574 WHA <br><br> STIPULATION AND ORDER EXCLUDING TIME |
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> MIGUEL MONTES-TORRES, <br>     a/k/a Jose, <br> JORGE HERNANDEZ-PENA, <br>     a/k/a Javier Herrera-Tafolla, <br> DEFENDANTS. | CASE NO. CR 13-575 WHA |

    On November 19, 2013, at 2:00 p.m., defendants Martin Bucio-Ayala, Arnoldo Madrigal Rosales

STIPULATION AND ORDER EXCLUDING TIME
CR 13-574 WHA, CR 13-575 WHA

and Jorge Hernandez-Pena appeared before the District Court through counsel. Miguel Montes-Torres failed to appear in person, though his counsel was present. The parties agreed to return before the Court on December 17, 2013 at 2:00 p.m. Prior to the hearing, the government provided additional discovery to defense counsel. The government anticipates providing additional discovery to defense counsel prior to December 17, 2013. The parties agree that defense counsel require time to review the discovery and discuss it with their clients. Therefore, the parties agreed that time should be excluded between November 19, 2013 and December 17, 2013 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: October 2, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
FRANK J. RIEBLI
Assistant United States Attorney


___/s/ Frank Riebli with permission___
SARA RIEF
Attorney for Martin Bucio-Ayala


___/s/ Frank Riebli with permission___
ALAN DRESSLER
Attorney for Arnoldo Madrigal Rosales


___/s/ Frank Riebli with permission___
ADAM GASNER
Attorney for Jorge Hernandez-Pena


___/s/ Frank Riebli with permission___
STEVE TEICH
Attorney for Miguel Montes-Torres

STIPULATION AND ORDER EXCLUDING TIME
CR 13-574 WHA, CR 13-575 WHA

For the reasons stated above, the Court finds that the exclusion of time from November 19, 2013 through and including December 17, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: ~~November~~, 2013.
December 2

HONORABLE WILLIAM ~~H.~~ ALSUP
United States District Court Judge